## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | | **CRIM. NO. PX-17-557** |
| | * | |
| **JOE GREEN,** | | |
| | * | |
| Defendant. | | |

### ORDER

Pending before the Court is defendant Joe Green's motion to reconsider the Court's November 9, 2020 denial of his motion for compassionate release. ECF No. 50. As grounds in support, Mr. Green submits that the conditions related to COVID-19 at his place of imprisonment have markedly declined and that he has contracted COVID-19. *Id. See also* ECF No. 52-1 (medical records). The Government opposes the motion.

Having reviewed the submissions and supplemental record evidence, the Court denies the motion. Although regrettable that Mr. Green had contracted COVID-19, he appears to have experienced mild symptoms and has fully recovered. The additional evidence regarding the number of inmates who have tested positive during the same period where the country has experienced a significant resurgence does not upset this Court's determination previously articulated during the November 9, 2020, hearing. The motion for reconsideration is therefore DENIED.

Dated: February 25, 2021                             /S/
                                                                Paula Xinis
                                                                United States District Judge